**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Terry Donnell JOHNSON, Defendant— Appellant.**

**No. 08–6656.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: July 9, 2008.

Terry Donnell Johnson, Appellant Pro Se. Karen S. Marston, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Donnell Johnson appeals the district court's order denying his 18 U.S.C. § 3582 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson,* No. 3:05–cr–00003–RJC–DCK–1 (W.D.N.C. Apr. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*